

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00089-CV

**VERMILLION FC, LP**,
Appellant

v.

**1776 ENERGY PARTNERS**,
Appellee

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 16-10-13812-ZCV
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellee's unopposed second motion for an extension is granted. We order the appellee's brief due on November 30, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

_Michael A. Cruz_
MIchael A. Cruz,
Clerk of Court